IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CASE NUMBER: 6:14cr63-1 |
| JEREMY CHAD TIDWELL | § | |

## ORDER

This case is set for pretrial conference and trial scheduling on **February 2, 2015 at 9:00 a.m.** before United States District Judge Michael Schneider in Tyler, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis*, 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **January 26, 2015, at 3:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

**So ORDERED and SIGNED this 4th day of December, 2014.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE