AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TEXAS__

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JEREMY TIDWELL/SHANNA TIDWELL | Case Number: 6:14CR63 (1 & 2) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John D. Love | Mary Ann Cozby | Jason Cassel / Greg Waldron |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| 11/3/15 | Mechele Morris | Mechele Morris |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| G | X | 11/3 | X | X | Tidwell Estimated Sales & Tax Liability - 11/30/14 |
| H | X | 11/3 | X | X | Tidwell Sales Tax Per Sales Tax Reports |
| I | X | 11/3 | X | X | Letter from AG of Texas to Tidwells Re: Delinquent Taxes |
| J | X | 11/3 | X | X | Letter from AG of Texas to Tidwells Re; Delinquent Sales Taxes |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages