IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | No. 6:14-CR-00063-B |
| JEREMY CHAD TIDWELL | § | |

NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice of this entry of my appearance as co-counsel with Mr. Gregory Waldron for the defendant Jeremy Chad Tidwell in this district court proceeding.

                                              Respectfully Submitted,

                                              */s/ Jeffrey C. Grass*
                                              Jeffrey C. Grass
                                              State BarNumber 00787581
                                              101 E. Plano, Suite 107
                                              Plano, Texas 75074
                                              (972) 422-9999
                                              (972) 423-2646
                                              Jeff@Grasslaw.com
                                              Co-counsel for Defendant
                                              *Jeremy Chad Tidwell*

## CERTIFICATE OF SERVICE

       On April 26, 2016, a true and correct copy of the foregoing notice of appearance was served on opposing counsel AUSA Mary Ann Cozby, in accordance with the requirements of the Court's ECF system.

                                           */s/ Jeffrey C. Grass*
                                           Jeffrey C. Grass