General Order 17-07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## GENERAL ORDER TRANSFERRING BEAUMONT, LUFKIN AND TYLER CRIMINAL CASE DEFENDANTS

The following Beaumont, Lufkin and Tyler criminal case defendants are hereby transferred from Chief Judge Clark to Judge Thad Heartfield:

**Beaumont Division**
1. 1:16-cr-49(1)     Richard William Jones
2. 1:16-cr-49(2)     Ronny Joe Bartz

**Lufkin Division**
1. 9:16-cr-2(1)      Javosky Tyjuan Thomas
2. 9:16-cr-7(1)      Damone Donnell Jackson
3. 9:16-cr-8(2)      Tommy Miller
4. 9:16-cr-8(5)      Chris Atkins
5. 9:16-cr-8(6)      Jason Marquette Smith
6. 9:16-cr-13(1)     Terry Gene Burch
7. 9:16-cr-17(4)     Carlos Chavez
8. 9:16-cr-17(5)     Julio Montalvo
9. 9:16-cr-17(6)     Anthony Woods
10. 9:16-cr-17(7)    Codee Chittum
11. 9:16-cr-25(1)    Jonathan Lester Self

**Tyler Division**
1. 6:14-cr-63(2)     Shanna Peek Tidwell
2. 6:15-cr-58(1)     Ronald Russell
3. 6:15-cr-58(3)     Lizzy Sirls
4. 6:15-cr-58(4)     Yulanda Nash
5. 6:15-cr-58(6)     Pandra Wade
6. 6:15-cr-58(7)     Tammy Washington
7. 6:15-cr-58(11)    Katrina Watts
8. 6:16-cr-17(6)     Timothy Paul Morales
9. 6:16-cr-18(1)     Monty James Wood
10. 6:16-cr-21(2)    Travis Dewayne Brown

Signed this 10th day of April, 2017.

FOR THE COURT:

_____
RON CLARK
Chief Judge