| | | |
|---|---|---|
| DATE 4/14/17 | | |
| LOCATION Tyler | USA Mary Ann Cozby | **Assigned** |
| JUDGE Ron Clark | VS " | **Appeared** |
| DEPUTY CLERK Faith Ann Laurents | | |
| RPTR/ECRO Chris Bickham | | |
| USPO Linda Wright Bailey | **Jeremy Chad Tidwell** | |
| INTERPRETER | Defendant | |
| BEGIN 10:35am | **Greg Waldron** | |
| | Attorney | |

CASE NUMBER 6:14cr63

## SENTENCING

X Sentencing held   ☐ Evidentiary

X Court adopts presentence report     X Plea Agreement accepted

X UNSEAL   X Plea Agreement

| COUNT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 of the Information | 60 months | ---------- | -------------- | --------- | 3 years | ------- | ------ | $100 |
| | | | | | | | | |

**SPECIAL CONDITIONS:**

X . . . . . . Dft shall comply with **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

X . . . . . . Dft shall comply with **mandatory and special conditions** of release, as set forth in the Dft's Presentence Report.

X . . . . . . Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

☐ . . . . . . Denial of all Federal benefits for a period of ___ year(s).

X . . . . . Dft remanded to the USM.

☐ . . . . . . Dft ordered to surrender by 2:00 pm on _____ to  ☐ designated institution  ☐ USM.

☐ . . . . . . Bond continued.

X . . . . . . Govt's ORAL Motion to Dismiss Count(s) Remaining in all Indictments.

X . . . . . . ORAL Motion GRANTED.

☐ . . . . . . Dft failed to appear    ☐ Order for arrest warrant    ☐ bond forfeited.

X . . . . . . **Dft advised of right to appeal & court appointed counsel.**

X . . . . . . Video Waiver filed

X . . . . . . Minutes filed.

Adjourned: 11:20am

Total Time: 45 mins